No. 02–1238. NIXON, ATTORNEY GENERAL OF MISSOURI *v.* MISSOURI MUNICIPAL LEAGUE ET AL.;

No. 02–1386. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* MISSOURI MUNICIPAL LEAGUE ET AL.; and

No. 02–1405. SOUTHWESTERN BELL TELEPHONE, L. P., FKA SOUTHWESTERN BELL TELEPHONE CO. *v.* MISSOURI MUNICIPAL LEAGUE ET AL. C. A. 8th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. ■

No. 02–1667. TENNESSEE *v.* LANE ET AL. C. A. 6th Cir. Certiorari granted limited to Question 1 presented by the petition. ■

No. 02–1123. ASHCROFT, ATTORNEY GENERAL *v.* SINGH. C. A. 9th Cir. Certiorari denied. ■

No. 02–1350. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS *v.* FIRST UNITARIAN CHURCH OF SALT LAKE CITY ET AL. C. A. 10th Cir. Certiorari denied. ■

No. 02–1364. WIENER *v.* LAWRENCE-PICASO, INC., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. ■

No. 02–1374. ALBRECHTSEN *v.* BOARD OF REGENTS OF THE UNIVERSITY OF WISCONSIN SYSTEM. C. A. 7th Cir. Certiorari denied. ■

No. 02–1384. JOE'S STONE CRAB, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 11th Cir. Certiorari denied. ■

No. 02–1393. SAUCERMAN ET AL. *v.* NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied. ■

No. 02–1464. SNYDER, WARDEN, ET AL. *v.* ROSALES-GARCIA ET AL. C. A. 6th Cir. Certiorari denied. ■